UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHARON BENTFORD,

        Plaintiff,

-v-                                     No. 09 Civ. 8032 (LTS)(JCF)

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x



## ORDER

On September 18, 2009, Plaintiff filed this action alleging that members of the New York City Police Department violated her Fourth and Fourteenth Amendment rights by forcibly removing her from a police precinct building. The Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332.

On June 28, 2011, Magistrate Judge Francis issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. Judge Francis received no response to that Order, and on July 27, 2011, he issued a Report and Recommendation ("Report"), recommending that the complaint be dismissed for failure to prosecute. Neither party has made any objection to the Report, and the time to do so has elapsed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(c) (West 2008). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wynn v. Lempke, No. 08 Civ. 3894(RJS),

2009 WL 1227362, at *2 (S.D.N.Y. May 5, 2009).

The Court has reviewed thoroughly Judge Francis's Report and finds no clear error in his recommendation. Accordingly, the Court adopts the Report in its entirety.

The Clerk of Court is respectfully requested to enter judgment accordingly and close this case.

SO ORDERED.

Dated: New York, New York
August 16, 2011

_____
LAURA TAYLOR SWAIN
United States District Judge